# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   Gregory LaGeorge Davis                     Case No. 19-14472-JDW
         Tinnie Yvette Davis, Debtors                         CHAPTER 13

## APPLICATION FOR COMPENSATION OF SPECIAL COUNSEL

COMES NOW, Thomas C. Rollins, Jr., attorney for Morgan & Morgan ("Special Counsel"), and files this Application for Compensation of Special Counsel and in support thereof, would show to this Honorable Court as follows, to-wit:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. That the Court has authority to allow this compensation and to pay the same as authorized by 11 U.S.C. § 330.

3. That Applicant has taken into consideration the factors outlined in *Johnson v. Georgia Highway Express, Inc.*, 499F.2d 714 (5th Cir. 1974), made applicable to proceedings in this Court by the decision in *In Re First Colonial Corp. of America,* 544 F. 2d, 1291 (5th Cir., *cert. denied,* 97 S. Ct. 1696 [1977]), in establishing a reasonable request for compensation. The fee is reasonable in light of the requirements that bankruptcy estates be administered as economically as possible and that all the services rendered are of a legal nature requiring the services of an attorney.

4. To a certain extent, other employment was precluded by services rendered in that at certain periods of the administration of this bankruptcy, the legal representation of the bankruptcy estate prevented the attorneys from working on other cases.

5. That the attorneys are duly licensed and authorized, practicing in Mississippi.

6. On or about November 6, 2023, Morgan & Morgan was employed as Special Counsel (Dk# 54) representing Debtor in a personal injury claim. That claim is now settled pending Court approval. That Debtor and Special Counsel agreed to a contingency fee of 35% plus expenses.

7. Debtor is entitled to a distribution from a settlement in the gross amount of $20,000.00. Special Counsel requests attorney's fees of $7,000.00, representing 35% of the gross settlement. That a 35% contingency falls withing the range of customary attorney's fees for this type of matter. All case expenses are waived by Special Counsel.

WHEREFORE, PREMISES CONSIDERED, Applicant requests that this Court enter an Order awarding reasonable attorneys' fees for the professional services rendered herein. Applicant prays for general relief.

> Respectfully submitted,
>
> Morgan & Morgan
>
> BY: /s/ Thomas C. Rollins, Jr.
>
> Thomas C. Rollins, Jr. (MSBN 103469)
> Jennifer A Curry Calvillo (MSBN 104367)
> The Rollins Law Firm, PLLC
> P.O. Box 13767
> Jackson, MS 39236
> 601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Application for Compensation of Special Counsel was forwarded on November 16, 2023 to:

By Electronic CM/ECF Notice:

    Chapter 13 Case Trustee

    U.S. Trustee

> /s/ Thomas C. Rollins, Jr.
> Thomas C. Rollins, Jr. (MSBN 103469)